IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALLY SLOCUM,<br><br>                               Plaintiff,<br><br>v.<br><br>THE HOME DEPOT U.S.A. INC. *d/b/a* THE HOME DEPOT,<br><br>                               Defendant. | Civil Action No.: 2:21-cv-00829-GJP |

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND/OR
ATTORNEY'S FEES TO ANY PARTY**

       IT IS AND AGREED, by and between Plaintiff Sally Slocum and Defendant Home Depot U.S.A., Inc., through their undersigned counsel, that all claims which were or could have been asserted by Plaintiff Sally Slocum in the above-captioned matter against Defendant are hereby dismissed in its entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

| | |
|---|---|
| Karpf, Karpf & Cerutti, P.C.<br>3331 Street Road<br>Two Greenwood, Suite 128<br>Bensalem, PA 19020<br>Attorneys for Plaintiff | Epstein Becker & Green, P.C.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Attorneys for Defendant<br>Home Depot U.S.A., Inc. |
| BY: *s/W. Charles Sipio*      <br>      W. Charles Sipio, Esq. | BY: *s/Patrick G. Brady*      <br>      Patrick G. Brady |
| Date: October 19, 2021 | Date: October 19, 2021 |

2

## **ORDER**

The foregoing Stipulation is approved, and IT IS SO ORDERED this \_\_\_ day of October, 2021.

**BY THE COURT:**

_____
**Hon. Gerald J. Pappert, U.S.D.J.**

2